UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025 | |
| **VITALI KAY**, Individually, as Personal Representative of the Estate of **SEAN KAY**, deceased, and on behalf of all Surviving Beneficiaries, as well as in his capacity as parent and natural guardian of his minor children, **SDK**, **SAK**, and **SNK**, surviving siblings of **SEAN KAY,**<br><br>                Plaintiff,<br><br>         -v.-<br><br>AMERICAN AIRLINES INC.<br>1 SKYVIEW DR.<br>FORT WORTH, TX 76155<br><br>PSA AIRLINES, INC.<br>1 TERMINAL DR.<br>MIDDLETOWN, PA 17057<br><br>UNITED STATES OF AMERICA,<br>Pamela Bondi, in her official capacity as U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue N.W.<br>Washington, D.C. 20530-0001<br><br>                Defendants. | Lead Case No: 1:25-cv-03382-ACR<br><br>**SHORT FORM COMPLAINT** |

1

Plaintiff VITALI KAY, Individually, as Personal Representative of the Estate of SEAN KAY, deceased, and on behalf of all Surviving Beneficiaries, as well as in his capacity as parent and natural guardian of his minor children, SDK, SAK, and SNK, surviving siblings of SEAN KAY, respectfully alleges as follows:

1. Plaintiff refers to and incorporates herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., ON JAN. 29, 2025, as though fully set forth herein. Plaintiff adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint.

2. Plaintiff adopts each of the general allegations of the Master Complaint except for those paragraph numbers set for here, if any: N/A.

## CLAIMS AGAINST DEFENDANTS

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ AMERICAN AIRLINES, INC.

☒ PSA AIRLINES, INC.

☒ UNITED STATES OF AMERICA

4. Plaintiff incorporates by reference each of the Causes of Action in the Master Complaint checked below:

*As against AMERICAN AIRLINES, INC.:*

☒ First Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Second Cause of Action for Survival Based Upon Common Carrier Duty

☒ Third Cause of Action for Wrongful Death Based Upon Negligence

2

☒ Fourth Cause of Action for Survival Based Upon Negligence

*As against PSA AIRLINES, INC.:*

☒ Fifth Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Sixth Cause of Action for Survival Based Upon Common Carrier Duty

☒ Seventh Cause of Action for Wrongful Death Based Upon Negligence

☒ Eighth Cause of Action for Survival Based Upon Negligence

*As against UNITED STATES OF AMERICA:*

☒ Ninth Cause of Action for Wrongful Death Based Upon Negligence

☒ Tenth Cause of Action for Survival Based Upon Negligence

**PLAINTIFF'S INFORMATION:**

5. Decedent, SEAN KAY, is an individual who was killed in the crash of American Eagle Flight 5342 ("AE 5342") on January 29, 2025.

6. SEAN KAY resided in Delaware.

7. Plaintiff VITALI KAY is a resident of Delaware and was the father of SEAN KAY, deceased.

8. SDK, SAK, and SNK, are the minor children of Plaintiff VITALI KAY and Julia Kay, deceased, and the surviving siblings of SEAN KAY. Plaintiff VITALI KAY also brings these claims on behalf of SDK, SAK, and SNK as their parent and natural guardian.

9. Plaintiff VITALI KAY brings this lawsuit individually on his own behalf, as parent and natural guardian on behalf of his minor children, SDK, SAK, and SNK, as Personal Representative of the Estate of SEAN KAY, and on behalf of all surviving beneficiaries.

10. On or about March 14, 2025, the Register of Wills for New Castle County, Delaware, issued an order appointing VITALI KAY as Personal Representative of SEAN KAY. Therefore, he has standing to assert both wrongful death and survival claims on behalf of all beneficiaries of SEAN KAY and brings this lawsuit in his representative capacity.

## PLAINTIFF'S ADMINISTRATIVE CLAIM

11. On or about May 28, 2025, Plaintiff VITALI KAY, on behalf of himself, the Estate of SEAN KAY, deceased, and all Surviving Beneficiaries, as well as on behalf of his minor children, SDK, SAK, and SNK, as their parent and natural guardian, served his initial administrative claims upon the FAA.

12. On or about May 28, 2025, Plaintiff VITALI KAY, on behalf of himself, the Estate of SEAN KAY, deceased, and all Surviving Beneficiaries, as well as on behalf of his minor children, SDK, SAK, and SNK, as their parent and natural guardian, served his initial administrative claims upon the United States Army ("Army").

13. The USA:

☐ did not serve any formal response either accepting or denying any of the aforementioned claims within six months of filing, as set forth in 28 U.S.C. § 2675(a). This therefore constitutes a final denial of the claims entitling Plaintiff to file this complaint pursuant to 28 U.S.C. § 2675(a).

and/or

☒ the FAA denied Plaintiff's claims on November 10, 2025, on behalf of both the FAA and United States Army ("Army").

## **PLAINTIFF'S DAMAGES**

14. Plaintiff requests all available wrongful death and survival economic and non-economic damages in an amount according to proof at trial, including but not limited to the following:

- ☒ DECEDENT's unusual G-forces, physical injuries, conscious pain and suffering, mental anguish, emotional distress, fear of impending death, and other injuries and damages that ultimately caused his/her death;
- ☒ the loss of the gross earning power of the DECEDENT;
- ☒ the loss of the full value of the life of the DECEDENT;
- ☒ loss of the parental and/or familial relationship arising from the death of the DECEDENT;
- ☒ the loss of financial support and contribution of the DECEDENT;
- ☒ loss of services;
- ☒ loss of inheritance;
- ☒ loss of accumulations;
- ☒ full pecuniary loss of the DECEDENT;
- ☒ loss of past and future income, support, society, love, grief, consortium, solatium, services, guidance, care, comfort, and companionship of the DECEDENT;
- ☒ loss of life's pleasures;
- ☒ loss of enjoyment of life of the DECEDENT;

☒ mental anguish and mental pain and suffering that the heirs, beneficiaries and distributees of the DECEDENT's Estate were caused to incur;

☒ other necessary and reasonable expenses as a result of the DECEDENT's death;

☒ attorneys' fees, costs and other damages permitted under applicable laws;

☒ pre- and post-judgment interest on all damages as allowed by law;

☒ all costs of suit herein;

☒ such other and further relief as the Court shall deem just and proper;

☐ Other (specify):

**ADDITIONAL ALLEGATIONS, IF ANY**

15. At the time of his death, Decedent SEAN KAY was 11 years old. SEAN KAY was a full-time middle school student and ice skating athlete with the University of Delaware Figure Skating Club with a very bright future ahead him as an ice dancer. With his skating partner, Angela Yang, SEAN was already competing using complicated lifts and other skills that few, if any, other skaters his age would even dream of attempting. Sean and Angela placed 1st in the 2024 Ice Dance Final, juvenile level. Sean also competed as a solo ice dance athlete and won 1st place in the 2024 Solo Dance Nationals, novice level. Sean was a loving son, brother, classmate and teammate who strove to be the best person on and off the ice, and remembered fondly by his family, and everyone in the ice skating community, for his dedication and positive attitude.

Sean is survived by his father, Plaintiff VITALI KAY and his minor siblings, including his sister, SDK, and his brothers SAK and SNK.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: December 1, 2025

                                            **KREINDLER & KREINDLER LLP**

                                            By:   */s/ Vincent C. Lesch*
                                                    Brian J. Alexander
                                                    (Bar ID: NY0679)
                                                    Justin T. Green
                                                    (Bar ID: NY0692)
                                                    Anthony Tarricone
                                                    (Bar ID: 492480)
                                                    Daniel O. Rose
                                                    (applicant *pro hac vice*)
                                                    Vincent C. Lesch
                                                    (Bar ID: NY0675)
                                                    Evan Katin-Borland
                                                    (Bar ID: NY0674)
                                                    Erin R. Applebaum
                                                    (Applicant *pro hac vice*)
                                                    485 Lexington Avenue, 28th Floor
                                                    New York, New York 10017
                                                    (212) 687-8181
                                                    balexander@kreindler.com
                                                    jgreen@kreindler.com
                                                    atarricone@kreindler.com
                                                    drose@kreindler.com
                                                    vlesch@kreindler.com
                                                    ekatinborland@kreindler.com
                                                    eapplebaum@kreindler.com